PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Javis Reyes**

Docket No. **11-0078**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Barbara Hutchinson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Javis Reyes**, who was placed under pretrial release supervision by the **Honorable Anne E. Thompson,** sitting in the Court at Trenton, New Jersey, on July 20, 2011 on a $100,000 Unsecured Appearance Bond co-signed by his mother and sister with the following additional conditions:

1. Pretrial Services Supervision.
2. The defendant shall be released into the third party custody of Carmen Vega and Myra Martinez.
3. Home Detention with electronic monitoring.
4. Drug testing and treatment as directed by Pretrial Services.
5. Resolve any outstanding warrants and provide verification to Pretrial Services.
6. Defendant is to not possess any weapons.
7. Defendant shall reside with his third party custodians.
8. Travel restricted to New Jersey unless otherwise approved by Pretrial Services.
9. Defendant shall not apply for any passports.

On November 2, 2011, a consent order was signed by the Honorable Judge Thompson adding a Mental Health treatment/testing condition.

On April 4, 2012, Pretrial Services submitted a Petition for Action requesting a bail review hearing to be heard before the Honorable Judge Thompson regarding various violations of his conditions of release. The defendant appeared before Your Honor on April 12, 2012 and bail was continued.

On May 1, 2012, an Informational Memorandum was submitted to the Honorable Judge Thompson advising that the defendant continued to leave his residence without permission for short periods of time.

On June 6, 2012, an additional Information Memorandum was submitted to the Honorable Judge Thompson advising that the defendant continued to leave his residence without permission as well as submitting a drug screen which tested positive for marijuana. In addition, the defendant arrived late to his anger management program and was not allowed to participate in his weekly session.

The defendant is pending sentencing before the Honorable Judge Thompson on September 28, 2012

Respectfully, presenting petition for action of Court and for cause as follows:
### [SEE ATTACHED ADDENDUM]
PRAYING THAT THE COURT WILL ORDER **a Bail Review Hearing to be Scheduled**

ORDER OF COURT

Considered and ordered this ___25___ day of ___June___, _2012_ and ordered filed and made a part of the records in the above case.

_____
Honorable Douglas Arpert
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-22-12___

_____
Barbara Hutchinson
United States Pretrial Services Officer