AO 92
(Rev. 6/83)

COMMITMENT

# United States District Court

| | |
|---|---|
| DISTRICT | New Jersey |
| UNITED STATES OF AMERICA V. **JAVIS REYES** | DOCKET NO. |
| | MAGISTRATE CASE NO. 11-78(AET) |

The above named defendant was arrested upon the complaint of

charging a violation of  18 USC § 922

**DISTRICT OF OFFENSE**: New Jersey

**DATE OF OFFENSE**:

**DESCRIPTION OF CHARGES**:

FELON IN POSSESSION OF A FIREARM

**BOND IS FIXED AT**
$ Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

7/5/2012
Date

[signature]
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |